INTERNATIONAL HARVESTER CO., Respondent, v. WILEY, Defendant, and FEDERAL SURETY CO., Appellant.

(229 N. W. 804.)

(File No. 6900.  Opinion filed March 21, 1930.)

*Sterling, Clark & Grigsby,* of Redfield, for Appellant.
*Parliman & Parliman,* of Sioux Falls, for Respondent.

PER CURIAM.  A careful consideration of the briefs herein and the oral arguments of counsel fails to convince us that the record presented by this appeal exhibits any errors prejudicial to appellant. To set out the various contentions of appellant, together with the reasons why we believe they cannot be successfully maintained, would not, we think, be particularly profitable.

The judgment and order appealed from are affirmed.

All the Judges concur.